M/D 1

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REGINALD S GATES )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )  CIVIL ACTION NO. 3:07-cv-591-WHA
 )  (To be supplied by Clerk of U.S. District
Auburn City Police Court )  Court)
Lee County Justice Center )
Court and There is a )
Jail here at Lee County )
Said that he will kill me his )
Name CC. COBB he work at Lee County Jail
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)
         Lee County AL

3. Docket number **CC07-327.00/Escape third Degree**
4. Name of judge to whom case was assigned **Judge Jacob A Walker III**
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **I got three year**
6. Approximate date of filing lawsuit **6-25-07**
7. Approximate date of disposition **5-20-07**

II. PLACE OF PRESENT CONFINEMENT **Lee County**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Reggie S Gates | 2031 South College St. Auburn |
| 2. | | AL 36832 |
| 3. | | PO Box 2407 Opelika AL 36801 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **the County of Lee County do not like and Did not do justice**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ESCAPE leave the Job help my wife the in a wheel chair and she is white and the police in this town donot like me in Lee County

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I was going 30 mill and not 24 Hour
I want Justice the right way

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-25-07
             (Date)

_____
Signature of plaintiff(s)

OFFICE of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Reginald S Gates   300 Block
P.O. Box 2407        Cell-311
Opelika AL 36801.

# Attachment

## PLEA RECOMMENDATION

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | IN THE CIRCUIT COURT OF |
| | * | |
| PLAINTIFF, | * | LEE COUNTY, ALABAMA |
| | * | |
| VS. | * | |
| Reginald. Gates | * | |
| | * | CC07-227.00 |
| | * | |
| DEFENDANT. | * | CASE NO._____ |

Comes now the State of Alabama, by and through its District Attorney, Nick Abbett, and shows unto this Court that the Defendant has been indicted by the Grand Jury of Lee County, Alabama, for the following offense(s):

1. CC07-227.00 / Escape Third Degree
2. _____
3. _____
4. _____

The State of Alabama, by and through its District Attorney, Nick Abbett, after considering all the facts and law pertaining to the charge(s) against the Defendant, and the Defendant's Affidavit of Prior Felony Convictions as shown on this form, recommends to this Court that should the Defendant desire to plead guilty, that the following disposition of the case(s) be Ordered by this Court:

CC07-227.00/ Escape Third - Three (3) years, split ~~to serve (6) months;~~ court costs
 ga ga
 No split

It is further agreed to by the Defendant, and his/her attorney of record, that should the hereinabove set out recommended disposition of the case(s) against the Defendant be approved by the Court, that the Defendant will enter a plea of guilty.

DONE this the 22nd day of June, 2007.

_____          _____
DEFENDANT                         DISTRICT ATTORNEY

Jerry Hauser                     RESTITUTION DUE:
_____          0
ATTORNEY OF RECORD FOR DEFENDANT  _____

_____
ATTORNEY'S SIGNATURE

STATE OF ALABAMA,              *       IN THE CIRCUIT COURT OF
                               *
      PLAINTIFF,               *       LEE COUNTY, ALABAMA
                               *
VS.                            *   RECEIVED
                               *
REGINALD GATES                 *   2007 JUN 27 A 10:05
                               *   A. P. HACKETT
      DEFENDANT.               *   U.S. DISTRICT COURT   CASE NO. CC-07-227.00
                                   MIDDLE DISTRICT ALA

### AFFIDAVIT BY DEFENDANT OF PRIOR FELONY CONVICTIONS

Before me, the undersigned attesting officer, personally appeared REGINALD GATES, who being duly sworn, says on oath the following:

A.   I have been convicted of the following felony offenses and no others:

1. None
2. 
3. 
4. 
5. 

B.   I understand that if I have been previously convicted of any felony offense that I must be sentenced now under the Alabama Habitual Offender Act;

C.   I understand, further, that should I fail to reveal all of my prior felony convictions on this Affidavit, that this Plea Recommendation by the District Attorney shall be null and void and that I may be subject to prosecution for perjury.

_____
DEFENDANT

SWORN TO and subscribed before me this the _____ day of _____, 2007.

_____
NOTARY PUBLIC

214 N College St
Auburn AL 36830