3:07CV591-WHA

REGINALD S GATES            7-15-07

I am at Lee County Justice Center and the Office up here break my Foot and Leg and 7-2-07 4:30 am in the morning the Office that I got in two it with C.C COBB he work at Lee County Jail as a Office. Why i have not wrote because I'm in Lockup no phone or letter or Stamp to wrote, But i find away thank God

from Mr. GATES
I am in Lockup now i need help thank you

that courts are not persons within the meaning of 42 U.S.C. § 1983. *See Moity v. Louisiana State Bar Association*, 414 F. Supp. 180, 182 (E.D. La. 1976), *aff'd*, 537 F.2d 1141 (5th Cir. 1976). Dismissal of Gates' complaint against the Auburn City Police Court is, therefore, appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).

B. *The Lee County Justice Center*

Gates names the Lee County Justice Center as a defendant in this cause of action. The Lee County Justice Center is not a legal entity subject to suit or liability under section 1983. *Cf. Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992). In light of the foregoing, the court concludes that Gates' complaint against this defendant is due to be dismissed. *Id.* 28 U.S.C. § 1915(e)(2)(B)(i).

C. *C.C. Cobb*

To the extent Gates' complaint against Defendant Cobb concerns an allegation of verbal harassment and/or threats, he is entitled to no relief. The law is settled that verbal harassment and abuse and mere threatening language and gestures of a custodial officer do not amount to a constitutional violation. *McFadden v. Lucas*, 713 F.3d 143, 146 (5th Cir. 1983); *Johnson v. Glick*, 481 F.2d 1028, 1033 (2nd Cir. 1973).

D. *The Pending Charge*

To the extent Gates complains that charges pending against him for escape in the third degree are unconstitutional, such claim must be dismissed. If the matters about which Gates complains were found to violate his federal rights, it is clear that his claims concern criminal

# LEE COUNTY DETENTION CENTER
## DISCIPLINARY REPORT
(Form #28)

Inmate: Gates, Reginald S. (Last, First, Middle)    Custody: Maximum    Number: 12163
Assignment: 300 POD / E6    is being charged by: Cpl. Cobb, 43D7
With rule violation: 14.2 B.2 Profanity or derogatory remarks to staff.
on or about 7/2/07 ~~1992007~~, Time 4:00 a.m./p.m. Location 300 POD
Circumstances are as follows: I/M Gates, Reginald threatened Cpl. Cobb with acts of physical violence during feeding and headcount operations.

MAJOR: X
MINOR: ___
SERIOUS: ___

Signature of Arresting Officer: Cpl. Cobb 43D7

Notifying Officer: Pantelis D29    Time & Date notified: 7-4-07 12:30p
Inmate's Signature: Refused to Sign    Witnesses desired: NO ✓    If YES, (List) ___

Circumstances Investigated By: ___
Hearing date: 7-13-07    Time: 10:30 AM    Plea ( ) Guilty (X) Not Guilty
If guilty, inmate must affix signature ___

SGT. COBB STATED INMATE GATES ASKED "WHY IS HE (COBB) SERVING TRAYS? GATES CONTINUED TO BE COMBATIVE, THEN KICKED THE WATER COOLER TOWARDS SGT. COBB. GATES THEN TOOK A TRAY AND TOLD SGT. COBB "I KNOW YA'LL AREN'T GONNA FIGHT FAIR SO NEITHER AM I.

Committee Findings & Reasons: INMATE GATES FOUND GUILTY DUE TO TESTIMONY OF SGT. COBB AND EVIDENCE PRESENTED

Committee Recommendations: SEVEN DAYS SOLITARY CONFINEMENT IN CELL E-6 WITH SEVEN DAYS LOSS OF ALL PRIVILEGES EXCEPT VISITS FROM ATTORNEYS, CLERGY OR MEDIA. TIME TO RUN CONSECUTIVE

Witnesses: ___

Signature of Chairman: [signed] 43D5
Signature, Member: Cpl. [signed]
Signature, Member: SGT R.E. Lyles 43D10

Copy delivered to inmate: Date 7/13/07    Time 1900    Inmate's Signature: X
Action - Date: 7/14/2007    Appeal - Date (attach copy): ___
Approved: Lt. [signed] 43D7    Approved: ___
Disapproved: ___    Denied: ___
Other (Specify): ___    Other (Specify): ___

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #28)

Inmate: Gates, Reginald S.  Custody: Maximum  Number: 12163
Assignment: 300 POD/E-6  is being charged by: Cpl. Cobb, 43D9
With rule violation: 14.2 B-1 Disobeying staff
on or about 7/2/07, Time 4:00 p.m. Location: 300 POD
Circumstances are as follows: I/M Gates, Reginald threatened Cpl. Cobb with acts of physical violence during feeding and headcount operations

MAJOR: X
MINOR: ___
SERIOUS: ___

Signature of Arresting Officer: Cpl. Cobb A. 43D9

Notifying Officer: Pantello D29
Time & Date notified: 7-4-07 12:30p
Inmate's Signature: Refused to sign
Witnesses desired: NO ✓  If YES, (List): ___

Circumstances Investigated By: ___
Hearing date: 7-13-07  Time: 10:30 AM  Plea: ( ) Guilty  (X) Not Guilty
If guilty, inmate must affix signature: ___

SGT. COBB STATED INMATE GATES ASKED "WHY IS HE (COBB) SERVING TRAYS". GATES CONTINUED TO BE COMBATIVE, THEN KICKED THE WATER COOLER TOWARDS SGT. COBB. GATES THEN TOOK A TRAY AND TOLD SGT. COBB "I KNOW YA'LL AREN'T GONNA FIGHT FAIR SO NEITHER AM I."

Committee Findings & Reasons: INMATE GATES FOUND GUILTY DUE TO TESTIMONY OF SGT. COBB AND EVIDENCE PRESENTED

Committee Recomendations: SEVEN DAYS SOLITARY CONFINEMENT IN CELL E-6 WITH SEVEN DAYS LOSS OF ALL PRIVILEGES EXCEPT VISITS FROM ATTORNEYS, CLERGY OR MEDIA. TIME TO RUN CONSECUTIVE

Witnesses: ___

Signature of Chairman: [signature] 43D5
Signature, Member: Cpl. [signature]
Signature, Member: SGT R. E. Lyles 43D10

Copy delivered to inmate: Date 7/15/07  Time 1900  Inmate's Signature: ___
Action - Date: 7/14/2007
Approved: Lt. A. Jon 43D7
Disapproved: ___
Other (Specify): ___

Appeal - Date (attach copy): ___
Approved: ___
Denied: ___
Other (Specify): ___

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #28)

Inmate **Gates, Reginald S.** Custody **Maximum** Number **12163**
                Last    First    Middle
Assignment **300 POD / E 6** is being charged by **Cpl. Cobb, 43D9**
With rule violation **14.2 B.14 Interfering with lockdown or count**
on or about **7/2/07** ~~1992007~~, Time **4:00** (a.m.)/p.m. Location **300 POD**
Circumstances are as follows: **I/M Gates, Reginald threatened Cpl. Cobb with acts of physical violence during feeding and headcount operations**

MAJOR **✗**
MINOR ____
SERIOUS ____                                **Cpl. Cobb 43D9**
Notifying Officer: **Pantelis D29**          Signature of Arresting Officer
Inmate's Signature **Refused to Sign**      Time & Date notified: **7-4-07  12:30 p**
                                             Witnesses desired: NO **✓**   If YES, (List) ____

Circumstances Investigated By: ____
Hearing date **7-13-07**         Time **10:30 Am**   Plea ( ) Guilty  (✗) Not Guilty
If guilty, inmate must affix signature ____
**SGT. COBB STATED INMATE GATES ASKED "WHY IS HE (COBB) SERVING TRAYS?" GATES CONTINUED TO BE COMBATIVE, THEN KICKED THE WATER COOLER TOWARDS SGT. COBB. GATES THEN TOOK A TRAY AND TOLD SGT. COBB "I KNOW YA'LL AREN'T GONNA FIGHT FAIR SO NEITHER AM I."**

Committee Findings & Reasons: **INMATE GATES FOUND GUILTY DUE TO TESTIMONY OF SGT. COBB AND EVIDENCE PRESENTED**

Committee Recomendations: **SEVEN DAYS LOCKDOWN WITH SEVEN DAYS LOSS OF ALL PRIVILEGES EXCEPT VISITS FROM ATTORNEYS, CLERGY OR MEDIA. TIME TO RUN CONSECUTIVE.**

Witnesses: ____
                                          Signature of Chairman
                                          **Cpl. Boyd**
                                          Signature, Member
                                          **SGT R.E. Lyles 43D10**
                                          Signature, Member

Copy delivered to inmate: Date **7/15/07**   Time **1900**   Inmate's Signature ____
Action - Date **7/14/2007**                  Appeal - Date (attach copy) ____
Approved **Lt. A. Jons 43D7**                Approved ____
Disapproved ____                             Denied ____
Other (Specify) ____                         Other (Specify) ____

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #28)

Inmate **Gates, Reginald S.** Custody **Maximum** Number **12163**
   Last  First  Middle
Assignment **300 POD / E6** is being charged by **Cpl. Cobb, 43D7**
With rule violation **Kf. 2 B. 5 Inciting a fight**
on or about **7/2/07** ~~1952007~~, Time **4:00** (a.m.)/p.m. Location **300 POD**
Circumstances are as follows: **I/m Gates, Reginald threatened Cpl. Cobb with acts of physical violence during feeding and headcount operations**

MAJOR **X**
MINOR ____                                **Cpl. Cobb A. 43D7**
SERIOUS ____                              Signature of Arresting Officer
Notifying Officer: **Pantelis D29**        Time & Date notified: **7-4-07  12:30 p**
Inmate's Signature **Refused to Sign**     Witnesses desired: NO **✓**   If YES, (List) ____

Circumstances Investigated By: ____
Hearing date **7-13-07**           Time **10:30 AM**       Plea ( ) Guilty  (X) Not Guilty
If guilty, inmate must affix signature ____
**SGT. COBB STATED INMATE GATES ASKED "WHY IS HE (COBB) SERVING TRAYS." GATES CONTINUED TO BE COMBATIVE, THEN KICKED THE WATER COOLER TOWARDS SGT. COBB. GATES THEN TOOK A TRAY AND TOLD SGT. COBB "I KNOW YA'LL AREN'T GONNA FIGHT FAIR SO NEITHER AM I.**

Committee Findings & Reasons: **INMATE GATES FOUND GUILTY DUE TO TESTIMONY OF SGT. COBB AND EVIDENCE PRESENTED**

Committee Recomendations: **SEUG DAYS SOLITARY CONFINEMENT IN CELL E-6 WITH SEUG DAYS LOSS OF ALL PRIVILEGES EXEPT VISITS FROM ATTORNEYS, CLERGY OR MEDIA TIME TO RUN CONSECUTIVE.**

Witnesses: ____                            **Brly D. Jabb 43D5**
                                           Signature of Chairman
                                           **Cpl Sc__**
                                           Signature, Member
                                           **SGT R. E. Lyles 43D10**
                                           Signature, Member

Copy delivered to inmate; Date **7/15/07**   Time **1900**   Inmate's Signature **X**
Action - Date **7/14/2007**                  Appeal - Date (attach copy) ____
Approved **Lt. (A) cm 43D7**                 Approved ____
Disapproved ____                             Denied ____
Other (Specify) ____                         Other (Specify) ____

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #28)

Inmate **Gates, Reginald S.**    Custody **Maximum**    Number **12163**
           Last    First    Middle
Assignment **300 POD/E6**    is being charged by **Cpl. Cobb, 43D7**
With rule violation **14.2 C-15 Use of verbal or physical threats**
on or about **7/2/07** ~~19~~**2007**, Time **4:00** a.m/p.m. Location **300 POD**
Circumstances are as follows: **I/M Gates, Reginald threatened Cpl. Cobb with acts of physical violence during feeding and headcount operations**

MAJOR ____
MINOR ____
SERIOUS **X**    **Cpl. Cobb 43D7**
Notifying Officer: **Powers 43D29**    Signature of Arresting Officer
Inmate's Signature **Refused to sign**    Time & Date notified: **7-4-07 12:30p**
                                          Witnesses desired: NO **✓**    If YES, (List) ____

Circumstances Investigated By: ____
Hearing date **7-13-07**    Time **10:30 Am**    Plea ( ) Guilty  (**X**) Not Guilty
If guilty, inmate must affix signature ____

**SGT COBB STATED INMATE GATES ASKED "WHY IS HE (COBB) SERVING TRAYS?" GATES CONTINUED TO BE COMBATIVE, THEN KICKED THE WATER COOLER TOWARDS SGT. COBB. GATES THEN TOOK A TRAY AND TOLD SGT. COBB "I KNOW YA'LL AREN'T GONNA FIGHT FAIR SO NEITHER AM I"**

Committee Findings & Reasons: **INMATE GATES FOUND GUILTY DUE TO TESTIMONY OF SGT. COBB AND EVIDENCE PRESENTED**

Committee Recommendations: **FIFTEEN DAYS SOLITARY CONFINEMENT WITH FIFTEEN DAYS LOSS OF ALL PRIVILEGES EXCEPT VISITS FROM ATTORNEYS, CLERGY OR MEDIA TIME TO RUN CONSECUTIVE**

Witnesses: ____
             ____    **Bobby J. Tabb 43D5**
             ____    Signature of Chairman
                    **Cpl. Ac__**
                    Signature, Member
                    **SGT R.E. Hyles 43D10**
                    Signature, Member

Copy delivered to inmate: Date **7/15/07**    Time **1500**    Inmate's Signature ____
Action - Date **7/14/07**                            Appeal - Date (attach copy) ____
Approved **Lt. G. __ 43D7**                          Approved ____
Disapproved ____                                     Denied ____
Other (Specify) ____                                 Other (Specify) ____

Case 3:07-cv-00591-WHA-TFM    Document 5    Filed 07/18/2007    Page 8 of 9

James Earl Shaud
Opelika, AL 36801

F-6

OFFICE of the CLERK
UNITED STATES DISTRICT
COURT  P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711



