**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cpl. C.C. Cobb
   Lee County Justice Center
   P.O. Box 2407
   Opelika, AL 36801

   07cv591

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Iris Bridges
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Iris Bridges

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 2069

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540