8-4-07

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONT., AL 36101-0711

FROM: REGINALD S. GATES  181030
P.O. BOX 150 (P-5A)
Mt. Meigs, AL 36057

3:07CV591-WHA

RE: REQUEST TO BE APPOINTED A LAWYER

Sir:

On 7-02-07, while in jail at LEE COUNTY JAIL, three(3) Correctional Officers there on duty attacked me simultaneously, and broke my ankle (right foot) causing multiple damage; requiring me to be sent to BAPTIST HEALTH HOSPITAL, 8-2-07, for surgery to repair the damage done to my right ankle by the three(3) Correctional Officers at LEE COUNTY JAIL.

I am now at Kilby Hospital in recovery; (see address above). Please contact me ASAP so I may work in a timely matter to properly have this wrong done to me investigated and for those who intentionally hurt me face court, ordered to do what is right by law for their behaviors toward me. I need an attorney to assist me.

Sincerely
X Reginald Gates  B/M 181030



Reginald S. Gates
P.O. Box 150 (P-5A)
Mt. Meigs, AL 36057

"This correspondence is forwarded from an Alabama State Prisoner. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office Of The Clerk
U.S. Dist. Court
P.O. Box 711
Mont, AL 36101-0711

36101+0711

MONTGOMERY AL 361
06 AUG 2007 PM
USA 41