IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINALD S. GATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv591-WHA |
| ) | |
| AUBURN CITY POLICE COURT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), entered on July 6, 2007, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. Plaintiff's Complaint against the Auburn City Police Court and the Lee County Justice Center are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. Plaintiff's Complaint against Defendant Cobb for verbal abuse and/or harassment is DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. Plaintiff's Complaint, insofar as it challenges criminal charges pending against him in state court, are DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. This case is hereby DISMISSED. Final Judgment will be entered accordingly.

DONE this 13th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE