IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINALD S. GATES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv591-WHA |
| ) | |
| AUBURN CITY POLICE COURT, ) | |
| *et al.*, ) | |
| Defendants. ) | |

## **ORDER**

Upon review of the file in this case and for good cause, it is

ORDERED that the Final Judgment (Doc. No. 10) and the Order Adopting Report and Recommendation (Doc. No. 9) entered on August 13, 2007 be and are hereby VACATED.

Done, this 7th day of September 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE