IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

REGINALD S. GATES                   *

    Plaintiff,                             *

        v.                                    *         3:07-CV-591-WHA

C.C. COBB                                *

    Defendant.                          *

_____

**ORDER**

For good cause, it is

ORDERED that on or before September 20, 2007 Defendant Cobb show cause for failing to comply with the court's order entered July 20, 2007. (Doc. No. 6.)

Done, this 11th day of September 2007.


                                            /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE