IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REGINALD S. GATES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 3:07-cv-591-WHA** |
| | ) |
| **AUBURN CITY POLICE COURT, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**RESPONSE TO SHOW CAUSE ORDER AND
MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Angelo Cobb, a Sergeant at the Lee County Corrections Facility, and responds to this Court's September 11, 2007, Order to show cause, and moves this Court to extend his time until October 20, 2007 for filing his Answer and Special Report to the Plaintiff's Amended Complaint as directed by this Court's Order entered July 20, 2007. In support of this response and motion, Defendant Cobb state as follows:

    1.    On July 6, 2007, this Court entered a Report and Recommendations suggesting the dismissal all claims against Defendant Cobb, as well as the dismissal of all claims against all other named Defendants. (Doc. 4.) This Court's July 6, 2007, Order recommended that "Plaintiff's complaint against Defendant Cobb for verbal abuse and/or harassment be DISMISSED with prejudice." (Doc. 4, p. 4.)

    2.    On July 18, 2007, the Plaintiff filed an Amended Complaint, purportedly alleging excessive force claims against Defendant Cobb (Doc. 6.). On July 20, 2007, this Court entered an Order for a Special Report, requiring Defendant Cobb to file a Special Report "on or before August 28, 2007." (Doc. 6.)

    3.    On August 13, 2007, fifteen days prior to the deadline for filing a Special Report,

the District Court entered an Order adopting this Court's Report and Recommendations and, pursuant to that Order, the "Plaintiff's complaint against Defendant Cobb for verbal abuse and/or harassment be DISMISSED with prejudice." (Doc. 9, p. 1.)

4. On August 13, 2007, the District Court issued an Order entering a "Final Judgment … in favor of the Defendants and against the Plaintiff." (Doc. 10.) Defendant Cobb mistakenly construed this Order as one entering a final judgment in his favor on all of the Plaintiff's claims.

5. Counsel for Defendant Cobb has not been able to meet with Defendant Cobb and is in need of this additional time to meet with him and fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

6. Defendant Cobb has not previously requested an extension of time in this case.

7. The Plaintiff will not be prejudiced by the requested extension.

8. Defendant Cobb herein respectfully requests this Court to grant an extension of time to October 20, 2007 to prepare a special report and answer to the amended complaint.

WHEREFORE, PREMISES CONSIDERED, Defendant Angelo Cobb responds to this Court's show cause order and respectfully moves this Court to grant him an extension of time to October 19, 2007 in order to file his special report and answer.

Respectfully submitted on this the 17th day of September, 2007.

> s/Joseph L. Hubbard, Jr.
> JOSEPH L. HUBBARD, JR Bar NO. HUB015
> Attorney for Defendant Angelo Cobb
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 17th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed a copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Reginald S. Gates
        P.O. Box 2407
        Opelika, AL 36801

        s/**Joseph L. Hubbard, Jr.**
        OF COUNSEL