IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

REGINALD S. GATES       *

   Plaintiff,               *

     v.                     *        3:07-CV-591-WHA

C.C. COBB                *

   Defendant.            *

_____

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 15) is GRANTED; and

2. Defendant is GRANTED an extension *nunc pro tunc* from August 28, 2007 to October 19, 2007 to file his answer and written report.

Done, this 20th day of September 2007.

                                           /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE