IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| REGINALD S. GATES | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-591-WHA |
| C.C. COBB | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Plaintiff filed this 42 U.S.C. § 1983 action on June 27, 2007. At the time he filed this complaint, Plaintiff was incarcerated at the Lee County Detention Center in Opelika, Alabama. On September 21, 2007 the envelope containing Plaintiff's copies of orders entered September 7, 2007 were returned to the court marked "Return to Sender, Inmate not in jail," because Plaintiff was no longer at the address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff received notice of this requirement in the court's July 20, 2007 order of procedure. (Doc. No. 6.)

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint

should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1. On or before October 1, 2007 Plaintiff SHOW CAUSE why his complaint should not be dismissed for his failure to provide the court with his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice;

2. The directive that Defendant file an answer and written report to Plaintiff's complaint be held in ABEYANCE pending Plaintiff's response to the instant order; and

3. The Clerk of Court SEND copy of this order to Plaintiff at his last known address.

Done, this 21st day of September 2007.

                                                /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE