THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

REGINALD S. GATES,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) CIVIL ACTION 3:07-CV-591-WHA
                                  )            [WO]
                                  )
AUBURN CITY POLICE COURT,         )
 *et al.*,                        )
                                  )
          Defendants.             )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 28, 2007  (Doc. # 19), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this Court.

Done this 23rd  day  of October, 2007.


/s/ W. Harold Albritton_____
SENIOR UNITED STATES DISTRICT JUDGE