THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| REGINALD S. GATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 3:07-CV-591-WHA |
| | ) [WO] |
| | ) |
| AUBURN CITY POLICE COURT, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the order of the court entered on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this Court.

Done this 23rd day of October, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE